(Official Form 1) (9/01)

| FORM B1 | **United States Bankruptcy Court**<br>**District of Hawaii** | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>YAMAMOTO, MELVIN TOSHIHIKO | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>MEL YAMAMOTO | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>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 | Soc. Sec./Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>4421 NANI STREET<br>PUHI, HAWAII 96766 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**02-00869** |
| County of Residence or of the<br>Principal Place of Business: KAUAI | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>P.O. BOX 1413<br>LIHUE, HAWAII 96766 | Mailing Address of Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Information Regarding the Debtor (Check Applicable Boxes)

**Venue** (Check any applicable box)
- [x] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- [ ] There is a bankruptcy case concerning debtor's affiliate, general partner or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|---|
| [x] Individual(s) | [ ] Railroad | [ ] Chapter 7  [ ] Chapter 11  [x] Chapter 13 |
| [ ] Corporation | [ ] Stockbroker | [ ] Chapter 9  [ ] Chapter 12 |
| [ ] Partnership | [ ] Commodity Broker | [ ] Sec. 304 - Case ancillary to foreign proceeding |
| [ ] Other_____ | | |

**Nature of Debts** (Check one box)
- [x] Consumer/Non-Business
- [ ] Business

**Filing Fee** (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay the fee except in installments. Rule 1006(b). See Official Form No. 3.

**Chapter 11 Small Business** (Check all boxes that apply)
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101
- [ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Statistical/Administrative Information** (Estimates only)  This Space For Court Use Only
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to creditors.

Estimated Number of Creditors

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More Than $100 Million |
|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More Than $100 Million |
|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

ORIGINAL

2002 MAR -8 PM 1:37 FILED BANKRUPTCY COURT DISTRICT OF HAWAII

| Voluntary Petition (This page must be completed and filed in every case) | Name of Debtor(s): MELVIN T. YAMAMOTO |
|---|---|

**Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet)

| Location Where Filed: DISTRICT OF HAWAII | Case Number: 98-01047 | Date Filed: 1998 |
|---|---|---|

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Melvin T. Yamamoto_
Signature of Debtor

X _____
Signature of Joint Debtor

(808) 245-4149
Telephone Number (If not represented by attorney)

MARCH 8, 2002
Date

**Signature of Attorney**

X _____
Signature of Attorney for Debtor(s)

_____
Printed Name of Attorney for Debtor(s)    Bar ID Number

_____
Firm Name

_____
Address

_____
Telephone Number

_____
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)    Date

**Exhibit C**
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
☐ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.

ASSOCIATES FINANCIAL SERVICES
COMPANY OF HAWAII, INC.
98-751 Kuahao Pl., 2nd Flr.
Pearl City, Hawaii 96782

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF HAWAII

**02-00869**

FILED
U.S. BANKRUPTCY COURT
DISTRICT OF HAWAII
2002 MAR -8 PM 1:37

## ORDER REQUIRING NOTICE OF BANKRUPTCY PETITION TO OTHER COURTS

Debtors and debtors' attorneys should take notice of the requirements set forth below:

**Notice of Bankruptcy Petition.** Notice of the filing of a bankruptcy petition in this district shall be given to any federal or state court in which the debtor is a party to pending litigation or other proceeding. Notice shall be given, at the earliest possible date, to the judge to whom the matter is assigned, the clerk of the court where the matter is pending, all counsel of record in the matter, and all parties to the action not represented by counsel. A debtor filing a petition without bankruptcy counsel shall give notice immediately to any attorney representing the debtor in pending litigation or other proceeding. Notice of a bankruptcy petition will not be deemed an act to bar any conference in another court held to advise the court and the parties of the status of the bankruptcy case.

**Parties to Give Notice.** In a voluntary case, the notice shall be given by the debtor or the debtor's counsel. In an involuntary case, notice shall be given by counsel for the petitioning creditors or by any petitioning creditor not represented by counsel.

**Effect of Not Giving Notice.** Failure to give the notice required by subparagraph (a) of this order may constitute cause for annulment of the stay imposed by 11 U.S.C. §§ 362, 922, 1201 or 1301. Failure to give the notice required by subdivision (a) of this rule may result in the imposition of sanctions.

**Notice of Order Terminating or Modifying Stay.** Notice of an order terminating or modifying the stay imposed by 11 U.S.C. §§ 362, 922, 1201 or 1301, if such termination or modification will permit resumption of litigation or other proceeding, shall be given to the parties noted in subparagraph (a) of this order. Notice shall be given by the party obtaining the order for relief from the stay.

**Notice of Other Order Affecting Litigation.** Notice of an order dismissing or closing a case, granting or denying a discharge, or otherwise affecting the resumption of litigation or other proceeding, shall be given by the debtor or the debtor's counsel to the parties noted in subparagraph (a) of this order. If the debtor or the debtor's counsel fails to give such notice promptly, the notice may be given by any party in interest with knowledge of the order affecting pending litigation or other proceeding.

<u>Amended</u>: Honolulu, Hawaii, August 1, 2001.

**Lloyd King,**
Bankruptcy Judge

**CERTIFICATE OF SERVICE:**

A copy of this order ☐ was given to the filing party in person, ☐ was returned to the filing party with a file stamped copy of the petition by mailing it in the envelope provided to the court, or ☐ was mailed to the filing party in an envelope prepared by the staff of the court. The copy was delivered or placed in the mail on the date file stamped on this document.

_____
Deputy Clerk, USBC Hawaii

GO-Notice to Other Courts.wpd

U.S. Bankruptcy Court - Hawaii  #02-00869  Dkt # 1  Filed  03/08/02  Page 4 of 5



U.S. Department of Justice

United States Trustee
*District of Hawaii*

Suite 602  (808) 522-8150
1132 Bishop Street  FAX (808) 522-8156
Honolulu, Hawaii 96813

# NOTICE TO DEBTORS AND DEBTORS' ATTORNEYS CONCERNING DEBTOR IDENTIFICATION REQUIREMENTS AT MEETINGS OF CREDITORS

Debtors will be required to provide 1) proof of identification and 2) proof of social security number at the §341 meeting of creditors for all cases in which the meeting is held on or after February 26, 2002.

Common forms of identification include a driver's license, state identification card, military identification card, legal resident alien card, passport, or current wage statement.

Proof of social security number includes social security card, current employer's health card, current wage statement, or tax return.

Section 341 meetings will be continued - and motions or stipulations to extend deadlines for objections to discharge will be filed - until satisfactory proof is provided.

Errors in a debtor's name or social security number can seriously affect someone else's credit record. If a correction is required, the debtors or their counsel must 1) file an amended petition; 2) serve it on the mailing matrix (including trustee and United States Trustee) and the three major credit reporting agencies; and 3) file a certificate of service.

If a debtor fails to file and serve the amended petition within seven days after the meeting of creditors, the trustee will refer the matter to the United States Trustee for appropriate action. Among other actions, the United States Trustee may seek dismissal or denial of discharge.

Debtors will also be required to provide their full names, including their complete middle names, in the petition. Middle initials will not be considered sufficient. Debtors that list on the petition names that are not complete will be required to file an amendment.

GAYLE LAU
Assistant U.S. Trustee